UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS : No.: 1:20-cv-6438
SIMILARLY SITUATED,
: ECF CASE
　　　　　　　Plaintiff,
: **Stipulation of Dismissal**

　　　v.

SIGHT AND SOUND PRODUCTIONS,
INCORPORATED,

　　　　　　　Defendant.
-------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EVELINA CALCANO, and Defendant, SIGHT AND SOUND PRODUCTIONS, INCORPORATED, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
　　　　January 6, 2021

GOTTLIEB & ASSOCIATES

_/s/ Jeffrey M. Gottlieb_

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal
*Attorneys for Plaintiffs*

LITTLER MENDELSON P.C.

_/s/ Matthew R. Capobianco_

Matthew R. Capobianco, Esq.
290 Broadhollow Road Ste 305
Melville, NY 11747
Phone: 631-247-4700
Fax: 631-719-7811
Mcapobianco@littler.Com
*Attorney for Defendant*